**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Maurice M. ONEAL, Defendant–**
**Appellant.**

**No. 13–1272**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 5, 2014.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, David M. Stewart, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Matthew Lanier Waters, Matthew L. Waters, PC, Wrightsville, GA, for Defendant–Appellant.

Before MARCUS, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Matthew L. Waters, appointed counsel for Maurice Oneal in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Oneal's sentence is **AFFIRMED.**